IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AMEERA HARRISON,<br><br>Plaintiff,<br><br>vs.<br><br>DISTRICT OF HAWAII, UNITED STATES DISTRICT COURT; KENNETH CROCKETT; KAIMANU PINE; FELICIA LIILII,<br><br>Defendants. | 26-CV-00499-HG-RT |

**ORDER ADOPTING AS MODIFIED THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS AND DISMISS COMPLAINT (ECF NO. 5)**

The Findings and Recommendation having been filed and served on all parties on October 30, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28 United States Code Section 636(b)(1)(C) and Local Rule 74.1, the FINDINGS AND RECOMMENDATIONS TO DENY APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS AND DISMISS COMPLAINT (ECF No. 5) is **ADOPTED AS MODIFIED** as the Opinion and Order of this Court.

**MODIFICATIONS**

1. On page 5, line 12, replace "FAC" with "Complaint".

2. On page 6, line 9, delete § after 521.

**CONCLUSION**

Plaintiff's IFP Application (ECF No. 2) is **DENIED.**

The Complaint (ECF No. 1) is **DISMISSED** for failure to state a claim. Plaintiff's criminal claims are **DISMISSED WITH PREJUDICE.** Plaintiff's civil claims are **DISMISSED WITH LEAVE TO AMEND.**

Plaintiff may file an Amended Complaint as to the civil claims on or before **Monday, January 4, 2027.**

Should Plaintiff file an Amended Complaint, Plaintiff must also either pay the filing fee or file a new Application to Proceed in District Court Without Prepaying Fees or Costs by the same deadline.

Failure to file an Amended Complaint that conforms with the applicable federal statutes, the Federal Rules of Civil Procedure, the District of Hawaii Local Rules, and the Orders of this Court and either pay the filing fee or file a new Application to Proceed Without Prepayment of Costs on or before

//

//

//

the deadline will result in the automatic dismissal of this action.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, November 24, 2026.

Helen Gillmor
United States District Judge